FILED
CLERK, U.S. DISTRICT COURT
2/4/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN B. TEJEDA; KENNETH J. TEJEDA; LYNDA L. ASHER; SUSAN D. CAMPOS; KATHLEEN H. TEJEDA; and THE RENNIE C. TEJEDA IRREVOCABLE TRUST, a Trust,<br><br>　　　　　　　　　Defendants.<br>_____<br>KATHLEEN H. TEJEDA, an individual,<br><br>　　　　　　　　Cross-Claimant,<br>v.<br><br>KENNETH J. TEJEDA; STEPHEN B. TEJEDA; LYNDA L. ASHER; SUSAN D. CAMPOS; R&R MASONRY, INC., a corporation, DOES 1 through 100<br><br>　　　　　　　　Cross-Defendants.<br>_____ | Case No. 2:19-cv-01611 JAK(SKx)<br><br>ORDER DISMISSING ACTION AND FOR DISTRIBUTION OF FUNDS<br>(DKT. 96) |

-1-

Based on a review of the Joint Report and Stipulation ("Stipulation" (Dkt. 96)), good cause has been shown. Therefore, the Stipulation is **APPROVED** as follows:

1. This action, including the claims in cross-claimant Kathleen H. Tejeda's first amended cross-claim (Dkt. 62), is **DISMISSED**.

2. Pursuant to the settlement agreement between cross-claimant and cross-defendants, the funds deposited in the First Century Bank account shall be disbursed as follows, subject only to adjustments, pro rata, for interest, bank charges, and the $5,047.50 awarded to Jackson National Life Insurance Company for attorneys' fees and costs:

   a. $187,500 to each of the following: Stephen B. Tejeda, Kenneth J. Tejeda, Lynda L. Asher and Susan D. Campos;

   b. $950,000 to Kathleen H. Tejeda.

**IT IS SO ORDERED.**

Dated: February 4, 2020

John A. Kronstadt
United States District Judge